Salvatore Picariello (SBN 190442)
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, CA   92614
Telephone:  949.567.3500
Fax:  949.863.0151
picariellos@pepperlaw.com

Paul J. Kennedy (Admitted *Pro Hac Vice*)
J. Anthony Lovensheimer (Admitted *Pro Hac Vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone:  215.981.4000
Fax:  215.981.4750
kennedyp@pepperlaw.com
lovensheimera@pepperlaw.com

Attorneys for *Plaintiff SKF USA INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SKF USA INC., | Case No.  SACV 09-967 JVS (RNBx) |
| Plaintiff, | Honorable:  James V. Selna |
| v. | **ORDER ON STIPULATION FOR PERMANENT INJUNCTION** |
| CAROLYN S. TOWNSEND (an individual) d/b/a CST BEARING CO. and HAL CRAIG TOWNSEND (an individual), | |
| Defendant. | |

#12794147 v1

**[PROPOSED] ORDER ON STIPULATION FOR PERMANENT INJUNCTION**

ORDER

Having considered the foregoing Stipulation filed by the parties and good cause appearing therefore, the Court grants the Stipulation as follows:

IT IS HEREBY ORDERED that Defendants, including the officers, directors, employees, agents, servants, representatives, in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling non-genuine bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or comparable imitations thereof.  Nothing herein shall prevent CST from buying and selling genuine SKF products on the open market in the original packaging and boxes.

IT IS SO ORDERED

Dated:  June 23, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE